U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

SEP 16 2020

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   3:20-CR-00204-01 |
| VERSUS | *   JUDGE DOUGHTY |
| | *   MAGISTRATE JUDGE HAYES |
| RAFAEL ANTONIO MENA-CRUZ | * |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 922(a)(6)
(False Statement to Firearms Dealer)

On or about July 8, 2019, in the Western District of Louisiana, the Defendant, RAFAEL ANTONIO MENA-CRUZ, in connection with the attempted acquisition of a firearm, a handgun, from Redneck Outdoors LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Redneck Outdoors LLC, which statement was intended and likely to deceive Redneck Outdoors LLC as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18; in that the defendant represented he was a citizen of the United States and that his place of birth was Miami, Florida in violation of Title 18, United States Code, Sections 922(a)(6). [18 U.S.C. § 922(a)(6)].

1

## COUNT 2
## 18 U.S.C. § 911
### (False Claim of United States Citizenship)

On or about July 8, 2019, in the Western District of Louisiana, the Defendant, RAFAEL ANTONIO MENA-CRUZ, a citizen of Honduras, and therefore an alien in the United States falsely and willfully represented himself to be a citizen of the United States, that is, the defendant represented to have been born in Miami, Florida and was a United States citizen on an ATF Form 4473 in an effort to obtain a firearm, all in violation of Title 18, United States Code, Section 911. [18 U.S.C. § 911].

A TRUE BILL:

**REDACTED**
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

TENNILLE M. GILREATH
(AR Bar #2005145)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600